UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Chrome Hearts LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CV-3491 |
| | ) | |
| v | ) | |
| | ) | |
| The Partnerships and Unincorporated | ) | Judge Virginia M. Kendall |
| Associations Identified on Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Howard B. Rockman of the law firm of Howard B. Rockman P.C ("Howard Rockman") pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, hereby moves this Court for leave to withdraw as counsel for Chunshan Zhang, and in support thereof state as follows:

1. On May 05, 2015, Mr. Rockman filed his appearance on behalf of Chunshan Zhang [Docket No. 32].

2. Local Rule 83.17 provides, in relevant part, that "an attorney of record may not withdraw . . . without first obtaining leave of court, . . ."

3. Mr. Rockman seeks to withdraw as counsel for Chunshan Zhang.

4. On August 28, 2015, Mr. Zhang confirmed electronically that Mr. Rockman shall seek withdrawal from the Court immediately.

WHEREFORE, Howard Rockman hereby requests that this Court enters an order granting leave for Howard Rockman to withdraw as counsel for Chunshan Zhang.

Respectfully submitted,

August 31, 2015

/s/Howard B. Rockman_____
Howard B. Rockman
HOWARD B. ROCKMAN, P.C.
525 W Monroe Street, Suite 2360
Chicago, IL 60661
(312) 628-8808
   *Attorney for Chunshan Zhang*

# CERTIFICATE OF SERVICE

I, Howard B. Rockman, hereby certify that on August 31, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. I will electronically send a copy of the Notice of Motion and the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL to counsel of record:

Kevin W. Guynn kguynn@gbclaw.net

Amy C. Ziegler aziegler@gbclaw.net

Justin R. Gaudio jgaudio@gbclaw.net

Jessica L. Bloodgood jbloodgood@gbclaw.net

 /s/ Howard B. Rockman\_\_\_
Howard B. Rockman
Attorneys for Chunshan Zhang

Howard B. Rockman, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661
Ph. (312) 628-8808
sjiang@rockmanip.com
hrockman@rockmanip.com