UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chrome Hearts LLC, | ) |
| | ) |
| Plaintiff, | ) No. 15-CV-3491 |
| | ) |
| v | ) |
| | ) |
| The Partnerships and Unincorporated | ) Judge Virginia M. Kendall |
| Associations Identified on Schedule "A" | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, September 10, at 9:00 am., the undersigned counsel shall appear before the Honorable Judge Virginia M. Kendall in Room 2319 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR LEAVE TO WITHDRAW AS COUNSEL.

Dated this 31st day of August 2015.                    Respectfully Submitted,

/s/ Howard B. Rockman
Howard B. Rockman
Attorneys for Chunshan Zhang


Howard B. Rockman, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661
Ph. (312) 628-8808
sjiang@rockmanip.com
hrockman@rockmanip.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. I will electronically send a copy of the Notice of Motion and the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL to counsel of record:

Kevin W. Guynn kguynn@gbclaw.net

Amy C. Ziegler aziegler@gbclaw.net

Justin R. Gaudio jgaudio@gbclaw.net

Jessica L. Bloodgood jbloodgood@gbclaw.net

/s/ Howard B. Rockman
Howard B. Rockman
Attorneys for Chunshan Zhang

Howard B. Rockman, P.C.
525 W. Monroe Street, Suite 2360
Chicago, IL 60661
Ph. (312) 628-8808
sjiang@rockmanip.com
hrockman@rockmanip.com